```
      IN THE UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF ARKANSAS
               JONESBORO DIVISION
```

LEONARD LEAFTY

vs.                           NO.  3:06CV00043 SWW

ESTATE OF MANUEL IRIZARRY, ET AL


**<u>ORDER</u>**

Plaintiff filed his complaint on March 16, 2006, and amended complaint on May 8, 2006.  An affidavit of service of the summons and amended complaint was filed by plaintiff on May 26, 2006.  To date, there has been no answer to plaintiff's amended complaint or appearance on behalf of defendants in this matter.

Plaintiff is reminded that he has a duty to prosecute this action diligently.  If plaintiff wishes to pursue this action, he is directed to take the necessary steps to move this case along. If plaintiff fails to comply, this case may be dismissed for failure to prosecute this action diligently.

IT IS SO ORDERED this 2nd day of February, 2007.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE
