```
        IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                JONESBORO DIVISION
```

LEONARD LEAFTY

vs.                              NO.  3:06CV00043 SWW

MANUEL IRIZARRY, Administrator
of the Estate of Manuel Irizrry

## ORDER

By order entered on April 12, 2007, the Court found that entry of a Clerk's Default against defendant is proper and determined that a hearing on plaintiff's motion for default judgment and request for damages would be scheduled.  Therefore, this Court hereby schedules such hearing for **10:00 a.m. on Thursday, July 19, 2007**, in Courtroom 530, 600 West Capitol Avenue, in **Little Rock**, Arkansas, before Judge Susan Webber Wright, United States District Court.

Counsel should provide the Court with a list of any exhibits and a list of the names of any witnesses expected to be called at the hearing by noon on Wednesday, July 18, 2007.

The Clerk of Court is directed to serve this Order upon defendant at the address provided in plaintiff's affidavit of service by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 15th day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE