IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| LEONARD LEAFTY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 3:06CV00043 SWW |
| MANUEL IRIZARRY, | * | |
| ADMINISTRATOR OF THE ESTATE | * | |
| OF MANUEL IRIZARRY | * | |
| | * | |
| Defendant | * | |

## DEFAULT JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is hereby entered in favor of Plaintiff Leonard Leafty against Defendant Manuel Irizarry, Administrator of the Estate of Manuel Irizzary, in the amount of $179,271.62, together with interest from this date until paid at the rate of 5.00% per annum as provided by law.

IT IS SO ORDERED THIS 3RD DAY OF AUGUST, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE